AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Marcus, Stanley | 2. Court or Organization<br><br>11th Circuit Court of Appeals | 3. Date of Report<br><br>4/26/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>99 NE 4th Street, Room 1235<br>Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Marcus, Stanley

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Adjunct Professor of Law - Brooklyn Law School | $10,000.00 |
| 2. 2009 | Adjunct Professor of Law - St. Thomas University School of Law | $16,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Temple Beth Am - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Brooklyn Law School | August-October 2009 | Brooklyn, NY | Teach law school class | 2009 Lodging @ BLS and transportation associated with teaching on dates: 8/25-27; 9/1-3, 9/8; 9/22-24; 9/29-10/1; 10/13-15. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia - Combined Accounts | B | Interest | J | T | | | | | |
| 2. | | | | | Sold | 01/23/09 | K | | |
| 3. | | | | | Sold | 01/27/09 | L | | |
| 4. | | | | | Sold | 11/13/09 | K | | |
| 5. | | | | | Sold | 11/21/09 | L | | |
| 6. T. Rowe Price Sci & Tech Mutual Fund - IRA | A | Dividend | J | T | | | | | |
| 7. Vanguard Index 500 Mutual Fund - IRA | A | Dividend | J | T | | | | | |
| 8. Fidelity Blue Chip Growth Mutual Fund - IRA | A | Dividend | | | Sold | 11/23/09 | J | | |
| 9. Fidelity SoftWCom Mutual Fund - IRA | A | Dividend | J | T | | | | | |
| 10. Fidelity Contrafund Mutual Fund - IRA | A | Dividend | J | T | Buy | 11/23/09 | J | | |
| 11. Vanguard Index 500 Mutual Fund | A | Dividend | J | T | Buy | 02/09/09 | J | | |
| 12. | A | Dividend | J | T | Buy | 03/10/09 | J | | |
| 13. | A | Dividend | J | T | Buy | 11/23/09 | J | | |
| 14. Vanguard Index Developed Mkts Mutual Fund | A | Dividend | J | T | Buy | 11/23/09 | J | | |
| 15. Vanguard Index Emerging Mkts Mutual Fund | A | Dividend | J | T | Buy | 11/23/09 | J | | |
| 16. Bank United Accounts - CDs and MM | A | Interest | L | T | | | | | |
| 17. | | | | | Sold | 07/20/09 | K | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A  $1,000 or less | B  $1,001 - $2,500 | C - $2,501 - $5,000 | D  $5,001 - $15,000 | E  $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F  $50,001 - $100,000 | G  $100,001 - $1,000,000 | H1  $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M  $100,001 - $250,000 | |
| | N  $250,001 - $500,000 | O  $500,001 - $1,000,000 | P1  $1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |
| | P3  $25,000,001 - $50,000,000 | | P4  More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q  Appraisal | R  Cost (Real Estate Only) | S  Assessment | T  Cash Market | |
| | U  Book Value | V  Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ N●NE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold | 01/05/09 | J | | |
| 19. | | | | | Sold | 08/21/09 | K | | |
| 20. | | | | | Buy | 07/22/09 | L | | |
| 21. TIAA-CREF | A | Dividend | J | T | | | | | |
| 22. Sun Trust Accounts - CDs and MM | D | Interest | K | T | | | | | |
| 23. | | | | | Sold | 10/26/09 | K | | |
| 24. | | | | | Sold | 11/06/09 | M | | |
| 25. Great Florida Bank - CDs | D | Interest | N | T | | | | | |
| 26. | | | | | Sold | 12/12/09 | M | | |
| 27. | | | | | Buy | 12/12/09 | M | | |
| 28. Metro Bank - CDs | A | Interest | L | T | Buy | 01/23/09 | K | | |
| 29. | | | | | Buy | 01/29/09 | L | | |
| 30. Prime Money Market Fund RBC Investor Class | A | Interest | J | T | Buy | 11/24/09 | M | | |
| 31. Apple Common Stock | A | Dividend | J | T | Buy | 11/19/09 | J | | |
| 32. Kraft Foods Inc. Bonds | A | Interest | K | T | Buy | 11/19/09 | K | | |
| 33. L-3 Communications Corp. Bonds | A | Interest | K | T | Buy | 11/19/09 | K | | |
| 34. Dallas Tex Wtrwks & Swr Sys Bonds | A | Interest | J | T | Buy | 11/19/09 | J | | |

1 Income Gain Codes (See Columns B1 and D4)
A $1,000 or less
B $1,001 - $2,500
C $2,501 - $5,000
D $5,001 - $15,000
E $15,001 - $50,000
F $50,001 - $100,000
G $100,001 - $1,000,000
H1 $1,000,001 - $5,000,000
H2 More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J $15,000 or less
K $15,001 - $50,000
L $50,001 - $100,000
M $100,001 - $250,000
N $250,001 - $500,000
O $500,001 - $1,000,000
P1 $1,000,001 - $5,000,000
P2 $5,000,001 - $25,000,000
P3 $25,000,001 - $50,000,000
P4 More than $50,000,000

3 Value Method Codes (See Column C2)
Q Appraisal
R Cost (Real Estate Only)
S Assessment
T Cash Market
U Book Value
V Other
W Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm.dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Seattle Wash G/O RFDG Bonds | A | Interest | K | T | Buy | 11/19/09 | K | | |
| 36. Maryland ST GO Bonds | A | Interest | K | T | Buy | 11/30/09 | K | | |
| 37. City of Houston Texas Public Improvement Refinancing Bonds | A | Interest | K | T | Buy | 11/25/09 | K | | |
| 38. Texas ST GO Bonds | A | Interest | K | T | Buy | 12/02/09 | K | | |
| 39. | | | | | | | | | |
| 40. Trust #1: | | | | | | | | | |
| 41. - Charles Schwab Cash Account | A | Interest | | | Sold | 05/28/09 | J | | |
| 42. | | | | | | | | | |
| 43. Trust #2: | | | | | | | | | |
| 44. - Charles Schwab cash account | A | Interest | | | Sold | 03/10/09 | J | | |
| 45. | | | | | | | | | |
| 46. Trust #3: | | | | | | | | | |
| 47. - Great Florida Bank CDs | C | Interest | M | T | | | | | |
| 48. | | | | | | Sold | 04/27/09 | K | | |
| 49. | | | | | | Sold | 02/23/09 | M | | |
| 50. | | | | | | Buy | 01/26/09 | L | | |
| 51. | | | | | | Buy | 04/27/09 | K | | |

1 Income Gain Codes        A  $1,000 or less        B  $1,001 - $2,500        C  $2,501 - $5,000        D  $5,001 - $15,000        E  $15,001 - $50,000
  (See Columns B1 and D4)   F  $50,001 - $100,000    G  $100,001 - $1,000,000  H1 $1,000,001 - $5,000,000  H2 More than $5,000,000
2 Value Codes              J  $15,000 or less       K  $15,001 - $50,000      L  $50,001 - $100,000   M  $100,001 - $250,000
  (See Columns C1 and D3)   N  $250,001 - $500,000   O  $500,001 - $1,000,000  P1 $1,000,001 - $5,000,000  P2 $5,000,001 - $25,000,000
                           P3 $25,000,001 - $50,000,000                        P4 More than $50,000,000
3 Value Method Codes       Q  Appraisal             R  Cost (Real Estate Only)  S  Assessment         T  Cash Market
  (See Column C2)           U  Book Value            V  Other                  W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Charles Schwab One Trust Account | A | Interest | K | T | | | | | |
| 53. - Sun Trust CD and MM | C | Interest | K | T | | | | | |
| 54. | | | | | Sold | 10/26/09 | L | | |
| 55. - Wachovia CD and MM | A | Interest | | | Sold | 01/23/09 | L | | |
| 56. | | | | | Sold | 10/26/09 | J | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |

| 1 Income Gain Codes: | A $1,000 or less | B $1,001 - $2,500 | C $2,501 - $5,000 | D $5,001 - $15,000 | E $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F $50,001 - $100,000 | G $100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 More than $5,000,000 | |
| 2 Value Codes | J $15,000 or less | K $15,001 - $50,000 | L $50,001 - $100,000 | M $100,001 - $250,000 | |
| (See Columns C1 and D3) | N $250,001 - $500,000 | O $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| | P3 $25,000,001 - $50,000,000 | | P4 More than $50,000,000 | | |
| 3 Value Method Codes | Q Appraisal | R Cost (Real Estate Only) | S Assessment | T Cash Market | |
| (See Column C2) | U Book Value | V Other | W Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Marcus, Stanley | 4/26/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544